**877 McMULLEN vs. CIRCUIT JUDGE (Grand Traverse), No. 15651½.**

To vacate an order granting a new trial, where the motion therefor was entered ten days after judgment, without leave first obtained, the rule giving one day in term to move, and at the hearing of the motion, additional affidavits were allowed to be read, copies of which had not been served with the service of notice of the motion, but had been served eleven days thereafter and before the hearing.

Order to show cause denied June 11, 1896.

**878 BARKER vs. CIRCUIT JUDGE (Charlevoix), No. 14285½.**

To require respondent to vacate an order granting a new trial. Order to show cause denied July 10, 1894.

Action, assumpsit commenced before a justice, against relator, a resident of Chicago, Ill. Plea, the general issue with notice of set off. Judgment for plaintiff. Defendant appealed. On the trial it became necessary for plaintiff to prove the agency of one Downie, but he was not able to do so and asked leave to submit to a non-suit. Relator, however, objected, whereupon the court directed a verdict of no cause of action. Afterwards, plaintiff moved for a new trial and the same was granted.